## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### (BID PROTEST)

| | |
|---|---|
| **AMERICAN CORRECTIONAL HEALTHCARE, INC.** ) ) ) | |
| **Plaintiff,** ) ) | |
| ) | Fed. Cl. No. __25-2018 C__ |
| v. ) ) | |
| **THE UNITED STATES** ) ) | Judge _____ |
| **Defendant.** ) ) ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to the Rules of the Court of Federal Claims, Appendix C, American Correctional Healthcare, Inc. (hereinafter "ACH," the "Company" or the "Plaintiff"), by undersigned counsel, respectfully requests leave of the Court to file its Complaint in this action under seal. The document contains information that is confidential and proprietary to ACH. ACH is simultaneously filing a proposed redacted copy of the Complaint.

Dated: November 25, 2025

Respectfully submitted,

*/s/ H. Todd Whay*
H. Todd Whay, VA Bar No. 75558
Baker, Cronogue, Tolle & Werfel, LLP
1320 Old Chain Bridge Road, Suite 410
McLean, Virginia 22101
Tel: (202) 448-9677
Fax: (703) 448-3336
twhay@bctwlaw.com
Counsel of Record for Plaintiff

Of Counsel:
Ian A. Cronogue
Baker, Cronogue, Tolle & Werfel, LLP
1320 Old Chain Bridge Road, Suite 410
McLean, Virginia 22101
Tel: (252) 455-3111
Fax: (703) 448-3336
iancronogue@bctwlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of November 2025, I caused a true and correct copy of the foregoing MOTION FOR LEAVE TO FILE UNDER SEAL to be sent by the delivery method indicated below to the following:

    United States Department of Justice (*via e-mail*)
    Commercial Litigation Branch
    1100 L Street, NW, 8th Floor
    Washington, DC 20530
    E-Mail: nationalcourts.bidprotest@usdoj.gov

/s/ H. Todd Whay
H. Todd Whay, VA Bar No. 75558
Baker, Cronogue, Tolle & Werfel, LLP
1320 Old Chain Bridge Road, Suite 410
McLean, Virginia 22101
Tel: (202) 448-9677
Fax: (703) 448-3336
twhay@bctwlaw.com
Counsel of Record for Plaintiff